# EXHIBIT 6

**EXHIBIT 6-A**

Side-by-side comparison of screenshot images of the main login screen to the mySAS App (left) and the piParts App (right).  The overall appearance and functionality of the apps remains materially the same, only changed from the SAS marketing-scheme to the Piab marketing-scheme.



In further support, the arrows in **BLACK** indicate the place where a current mySAS user is able to immediately login to the piParts App using the same credentials.

The arrows in **RED** show the same interface that allows for a new user, or a current user who forgot his/her password, to click on either link will direct the user to the piParts.shop e-commerce website.

**EXHIBIT 6-B**

This comparison shows an internal interface of the apps which both immediately provide the user with the same three options: (1) search of a product name/number; (2) browse the online category; or (3) use the barcode scan feature to capture an image of a product's barcode directly on the production floor.



**EXHIBIT 6-C**

These two images depict a different interface that allows the user to pick between searching for an individual product, or browsing the entire catalog. Both of these screenshots show a login screen for the user Kevin Roundtree (an SAS employee who developed the mySAS App).  The piParts App does not use the "myToolbox" feature – a tradename owned by Fisher Enterprises.



**EXHIBIT 6-D**

These two images depict how both apps display the shopping cart feature to the user.  As identified
below, piParts, like its predecessor, gives the option to "Request PO" on the left, or "Checkout" on the
right.  The only differences include the branding features and the use of the "myToolbox" feature in the
lower toolbar.

