# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TRENT P. FISHER ENTERPRISES, LLC,** et al. | : | CASE NO. 3:20-cv-00216 |
| | : | |
| | : | **Judge Thomas M. Rose** |
| Plaintiffs, | : | |
| | : | **Magistrate Caroline Gentry** |
| v. | : | |
| | : | |
| **SAS AUTOMATION, LLC, et al.** | : | |
| | : | |
| Defendants. | : | |

## AGREED DISMISSAL ORDER

This matter is before the Court on Plaintiffs Trent P. Fisher Enterprises, LLC and The Fisher Family Dynasty Trust, Dated July 19, 2007 and Defendants SAS Automation, LLC, Piab USA, Inc., and Piab AB's (collectively, the "Parties") *Joint Notice of Agreed Dismissal*. The Court hereby **ORDERS** the dismissal **with prejudice** of all claims and counterclaims brought by the Parties in the above-captioned litigation as a result of an agreed upon *Settlement and Release Agreement* between the Parties. This Court shall retain jurisdiction of the above-captioned action for all purposes relating to the enforcement of the *Settlement and Release Agreement* and this Agreed Dismissal Order pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 380-81 (1994). To the extent possible, any such future proceedings shall be assigned to the Honorable Judge Thomas M. Rose.

IT IS SO ORDERED.

March 28, 2024                    s/Thomas M. Rose
                                  _____
                                  Judge Thomas M. Rose

4404479.2